HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOUTH TERRACE CONDOMINIUM HOMEOWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois company,<br><br>Defendant. | NO. 2:23-cv-00070-RSM<br><br>STIPULATED MOTION FOR DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>MAY 2, 2023 |

Pursuant to the parties' settlement agreement, F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that this action shall be dismissed with prejudice without fees or costs awarded to either party.

//

//

//

//

STIPULATED MOTION FOR DISMISSAL – 1
067826.000083 South Terrace C23-70 stip dismissal order
NO.: 2:23-cv-00070-RSM

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

1   DATED this 2nd day of May, 2023.

2

3                                       By *s/ Michael S. Rogers*
        Michael S. Rogers, WSBA 16423
4       Reed McClure
        Attorneys for Defendant State Farm
5       1215 Fourth Avenue, Suite 1700
        Seattle WA 98161-1087
6       206.292.4900 – Phone
        206.223.0152 – Fax
7       mrogers@rmlaw.com

8

9
                                        By *s/ Daniel Houser*
10      Daniel Houser, WSBA 32327
        Houser Law, PLLC
11      Attorneys for Plaintiff
        1325 4th Avenue, Suite 1650
12      Seattle WA  98101
        206.962.5810 – Phone
13      dan@houserlaw.com

14

15

16  IT IS SO ORDERED.

17

18  DATED this 4th day of May, 2023.

19

20

21                          [signature]

22                          RICARDO S. MARTINEZ
                            UNITED STATES DISTRICT JUDGE
23

24

25

STIPULATED MOTION FOR DISMISSAL – 2
067826.000083 South Terrace C23-70 stip dismissal order
NO.: 2:23-cv-00070-RSM

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152